No. 76–577. ZACCHINI v. SCRIPPS-HOWARD BROADCASTING Co. Sup. Ct. Ohio. [Certiorari granted, 429 U. S. 1037.] Motion of National Association of Broadcasters for leave to file a brief as *amicus curiae* denied.

No. 76–1105. CLARK v. KIMMITT, SECRETARY OF THE SENATE, ET AL. Appeal from C. A. D. C. Cir.; and

No. 76–1258. TERRITO ET AL. v. POCHE ET AL. Appeal from Sup. Ct. La. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 76–1151. UNITED STATES v. CECCOLINI. C. A. 2d Cir. Certiorari granted.

No. 76–1058. CENTRAL ILLINOIS PUBLIC SERVICE Co. v. UNITED STATES. C. A. 7th Cir. Certiorari granted and case set for oral argument with No. 76–1095, *Commissioner of Internal Revenue* v. *Kowalski* [certiorari granted, 430 U. S. 944].

No. 76–374. SIMS v. WALN ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–1003. LONGHI v. ESSEX COUNTY PROBATION DEPARTMENT ET AL. Super. Ct. N. J. Certiorari denied.

No. 76–1056. BUDDY SYSTEMS, INC. v. EXER-GENIE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–1066. NORTHERN COMMERCIAL Co. v. SELLS. C. A. 9th Cir. Certiorari denied.

No. 76–1078. DEVINCENT ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–1091. ROSE ET AL. v. CITY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.